UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873<br><br>Master Docket No.: 2:18-mn-2873-RMG<br><br>This Document Relates to the Following Cases:<br>*See Exhibit A Attached Hereto* |

**STIPULATION OF DISMISSAL OF RELEASED CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**[1]

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. (collectively, the "DuPont Defendants") hereby stipulate and agree to a dismissal with prejudice of Plaintiffs' claims against the DuPont Defendants that are "Released Claims" as defined in the Class Action Settlement Agreement between Class Representatives and the DuPont Defendants dated June 30, 2023, filed in *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C) (the "Agreement").

The parties further stipulate and agree that any claims asserted by the Plaintiffs against the DuPont Defendants that are preserved under § 12.1.2(a) or 12.1.3(y) of the Agreement are not dismissed. The DuPont Defendants shall retain all defenses with respect to any such claims, including the right to argue that the claims are not preserved and are released. Plaintiffs reserve their rights against all other Defendants in the actions identified in Exhibit A attached hereto.

---

[1] Although the parties agreed that this stipulation shall be conformed to reference and comply with applicable rules in any Litigation pending in state court, no case listed on Exhibit A is pending in state court; therefore, this stipulation is not subject to any applicable local rules in state courts.

1

| | |
|---|---|
| Dated: May 17, 2024 | Respectfully submitted, |
| */s/ Scott Summy* | */s/ Brent Dwerlkotte* |
| Scott Summy (TX Bar No. 19507500) | Brent Dwerlkotte |
| **BARON & BUDD, P.C.** | **SHOOK, HARDY & BACON L.L.P.,** |
| 3102 Oak Lawn Avenue, Suite 1100 | 2555 Grand Blvd. |
| Dallas, TX 75219-4281 | Kansas City, MO 64108 |
| Telephone: (214) 521-3605 | T: 816.474.6550 |
| Fax: (214) 523-6600 | F: 816.421.5547 |
| ssummy@baronbudd.com | dbdwerlkotte@shb.com |
| | |
| Philip F. Cossich, Jr. (LA Bar No. 1788) | *Counsel for Defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc.* |
| Brandon J. Taylor (LA Bar No 27662) | |
| Darren Sumich (LA Bar No. 23321) | |
| David A. Parsiola (LA Bar No. 21005) | |
| Christina M. Cossich (LA Bar No. 32407) | |
| Andrew Cvitanovic (LA Bar No. 34500) | |
| Luana N. Smith (LA Bar No. 35534) | |
| Jody J. Fortunato (LA Bar 31728) | |
| **COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC** | |
| 8397 Highway 23, Suite 100 | |
| Belle Chasse, LA 70037 | |
| (504) 394-9000 | |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of the same to all registered counsel of record.

This the 17th day of May 2024.

                                            */s/ Scott Summy*
                                            Scott Summy